**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In the Matter of: | : | Case No. 08-51044 |
| | : | |
| MCCORD, DONALD L. | : | Chapter 7 |
| MCCORD, LOU ANN | : | |
| Debtor. | : | Judge C. Kathryn Preston |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED FUNDS**

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $1,301.24 represents the total sum of unclaimed and small dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and address(es) of the party(ies) entitled to those unclaimed dividends is(are) as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Larry Swartzlander<br>2185 Catterton Drive<br>Charleston, SC 29414 | 4 | $1,301.24 |

| | |
|---|---|
| Total Unclaimed/Small Dividends $25.00 or Under | Total Unclaimed Dividends Over $25.00 |
| $0.00 | $1,301.24 |

Dated: April 16, 2010

/s/ David M. Whittaker
_____
David M. Whittaker, Trustee (0019307)
BRICKER & ECKLER LLP
100 South Third Street
Columbus, OH 43215
Phone: (614) 227-2355
Fax: (614) 227-2390
Email: dwhittaker@bricker.com

cc: United States Trustee
 170 North High Street, Suite 200
 Columbus, OH 43215

3732244v1

| | | |
|---|---|---|
| Claim 000004, Payment 11.6182% | **BANK OF AMERICA, N.A.**<br>DAVID M. WHITTAKER, CH 7 TRUSTEE 32-1/1110 TX<br>100 SOUTH THIRD STREET 0<br>COLUMBUS, OH 43215 | CHECK NUMBER<br>**111** |

| DATE | AMOUNT |
|---|---|
| 04/16/10 | *******1,301.24 |

**2385183**
PAY TO THE ORDER OF

| CASE NUMBER | ESTATE OF |
|---|---|
| 08-51044 CKP | Debtor: MCCORD, DONALD L.<br>Joint Debtor: MCCORD, LOU ANN |

UNITED STATES BANKRUPTCY COURT
170 NORTH HIGH STREET
COLUMBUS OH 43215

*One Thousand Three Hundred One Dollars And 24/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈000111⑈ ⑆111000012⑆ 4437155838⑈

---

| Date: 04/16/10 | Check Number: 111 | Amount: 1,301.24 |
|---|---|---|
| Case Number: 08-51044 CKP<br>Debtor Name: MCCORD, DONALD L. | | |

| Paid To: | UNITED STATES BANKRUPTCY COURT<br>170 NORTH HIGH STREET<br>COLUMBUS OH 43215 | Trustee: | DAVID M. WHITTAKER, CH 7 TRUSTEE<br>100 SOUTH THIRD STREET<br>COLUMBUS, OH 43215 |
|---|---|---|---|

Description: Claim 000004, Payment 11.6182%

Bank Account Number: 4437155838